IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **BEATRIZ LAGUERRE SAAVEDRA** <br><br> **Plaintiff** <br><br> **VS** <br><br> **UNITED STATES GENERAL SERVICES ADMINISTRATION FEDERICO DEGETAU BUILDING AND CLEMENTE RUIZ NAZARIO COURTHOUSE,** <br> **JOHN DOE, JANE DOE, RICHARD ROE, INSURANCE COMPANY X,Y,Z** <br><br> **Defendants** | **CIVIL NO.:** <br><br><br> **CIVIL ACTION** <br><br> **PLAINTIFF DEMANDS TRIAL BY JURY** |

## **COMPLAINT**

**TO THE HONORABLE COURT:**

  **COMES NOW** the plaintiffs through their undersigned attorneys and respectfully **STATES** and **PRAYS:**

    **I. JURISDICTION AND VENUE**

1. This Honorable Court has jurisdiction over the instant case pursuant to 28 U.S.C. Sec. 1346 and 171 since it involves the United States Government a federal agency, and because the amount in controversy, exclusive of interests and costs, exceeds the sum of Seventy-Five Thousand Dollars ($75,000).

2. The proper venue lies in this Court pursuant to 28 U.S.C. 1391 (a) since the facts that caused the damages alleged herein occurred within this district.

3. On February 2, 2021, plaintiff presented his claim, pursuant the Federal Tort Claim Act, by filling Standard Form 95 with the U.S. General Service Administration (GSA) Federico Degetau Building .

## II.  THE PARTIES

1. Beatriz Laguerre Saavedra (Laguerre) a natural person of legal age, female single, citizen of the United States of America and is domiciled in Urbanizacion Los Angeles, Calle Austral 177, Apartment 3, Carolina, Puerto Rico 00979.

2. The U.S. GSA Federico Degetau Building and Clemente Ruiz Nazario Courthouse is a government agency or entity with the capacity to sue and be sued. It is the owner or lessor of the place where the accident took place and who has jurisdiction, control and duty over the area where the accident took place.  It is principally and directly responsible for the damages caused to plaintiffs.

3. John Doe, Jane Doe and Richard Roe are fictious names (for lack of information as to their real identities) of unknown name that may be responsible for plaintiffs' damages. It is a corporation or entity with the capacity to sue and be sued duly organized under the laws of the Commonwealth of Puerto Rico and/or another state, authorized to do business within the jurisdiction of Puerto Rico and/or another jurisdiction. It is the owner or lessor of the place where the accident took place and who has jurisdiction, control and duty over the

area where the accident took place. It is principally and directly responsible for the damages caused to plaintiffs.

4. X Insurance, Co. is a casualty and/or liability insurance company authorized to underwrite policies of insurance in the Commonwealth of Puerto Rico, which at the time of the accident described below had public liability insurance policies issued and outstanding on behalf of one or some co-defendant. It is denominated in this Complaint with a fictitious name because its real name is presently unknown to plaintiff.

5. Y Insurance, Co. is a casualty and/or liability insurance company authorized to underwrite policies of insurance in the Commonwealth of Puerto Rico, which at the time of the accident described below had public liability insurance policies issued and outstanding on behalf of one or some co-defendant. It is denominated in this Complaint with a fictitious name because its real name is presently unknown to plaintiff.

6. Z Insurance, Co. is a casualty and/or liability insurance company authorized to underwrite policies of insurance in the Commonwealth of Puerto Rico, which at the time of the accident described below had public liability insurance policies issued and outstanding on behalf of one or some co-defendant. It is denominated in this Complaint with a fictitious name because its real name is presently unknown to plaintiff.

### III. FACTUAL ALLEGATIONS AND NEGLIGENCE

7. On February 4, 2019, on or about 9:00 a.m., Laguerre was entering the Federico Degetau Building and Clemente Ruiz Nazario Courthouse. She was there because she had an appointment. When she was going to enter through the main lobby, the electric glass doors opened automatically. While she was crossing it, in the middle of it, the door closed and trapped her causing the accident. Some of the building personnel had to pull the door to open it in order to get her out of there.

8. The accident happened because the electric glass door had improper maintenance, was broken and/or malfunctioning.

9. The negligence of the defendants consisted in the fact that electric glass door had improper maintenance, was broken and/or malfunctioning and there was no warning, sign or warning about the dangerous condition, causing the accident of the plaintiff.

10. That the damages suffered by plaintiff's was due to the existence of such dangerous condition and they were known to the co-defendants or their knowledge could be imputed to them.

11. Plaintiff Laguerre suffered injuries in her legs and multiple body trauma.

12. Plaintiff Laguerre received medical treatment for her injuries.

### IV. THE DAMAGES

13. The physical damages suffered by plaintiff should be compensated in the amount of no less than 55,000.00.

14. The suffering and mental anguish suffered by plaintiff Candelaria as a consequence of the physical damages mentioned should be compensated in the amount of no less than $20,000.00.

15. Plaintiff's demands trial by jury.

**WHEREFORE** plaintiff demands judgment in her favor and against defendants, jointly and severally, awarding plaintiff the amount of $75,000.00, interest from the date of filing of the present complaint, the costs and expenses of this litigation plus a reasonable amount for attorneys' fees.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on February 3, 2021.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all the attorneys of record.

**/s/ CRISTINA ALCARAZ EMMANUELLI, ESQ.**
USDC-PR NO. 221505
URB. CROWN HILLS
138 AVE. WINSTON CHURCHILL PMB 914
EL SENORIAL MAIL STATION
SAN JUAN, PR 00926-6013
TEL. (787) 764-8540 – 758-3575
FAX (787) 767-4926
E-MAIL: alcaraz@olmedolawpsc.com
            cristinaalcaraz2011@gmail.com